IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TINA SPAGNOLA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | NO. 09-cv-396-JPG |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of defendant Michael Astrue, Commissioner of Social Security, to deny plaintiff Tina Spagnola's application for supplemental security income is affirmed.

                                                     **NANCY J. ROSENSTENGEL, Clerk of Court**

**Date: August 22, 2011**

                                                  s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**